In the United States District Court
Eastern District of Texas
Lufkin Division

| | | |
|---|---|---|
| Melissa Tyson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| County of Sabine and Sabine, | § | Civil Action No. 9:19-CV-00140 |
| County Sheriff's Department, | § | Jury Trial Demanded |
| Constable David Boyd and | § | |
| Sheriff Thomas M. Maddox | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S OPPOSED PROPOSED SCHEDULING ORDER

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW, Melissa Tyson, Plaintiff herein, who makes and files this her

Proposed Scheduling Order and would respectfully show unto the Court as follows:

As the Parties were unable to agree on a trial date, Plaintiff submits her proposed

Scheduling Order to the Court for consideration which is attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that

the Court enter the proposed scheduling order, and for any and other relief, at law or in

equity, to which she may show herself to be justly entitled.

1

Respectfully submitted,

THE BYRD LAW FIRM

*/S/ JASON M. BYRD*
JASON M. BYRD
State Bar No. 24036303
448 Orleans Street
Beaumont, Texas 77701
(409) 924-0660 - Telephone
(409) 924-0035 - Facsimile
Jason@txbyrd.com

COUNSEL FOR PLAINTIFF

## Certificate of Conference

I hereby certify that on November 2, 2020, the Parties conferred regarding their positions as to schedule in this case and were unable to agree as to a trial date.  The parties are filing their proposed scheduling orders separately.

*/s/ JASON M. BYRD*
JASON M. BYRD

## Certificate of Service

I hereby certify that on November 3, 2020, a copy of the foregoing was transmitted to Defendants' counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ JASON M. BYRD*
JASON M. BYRD

2