IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **MELISSA TYSON** | § | |
|     **Plaintiff** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 9:19-cv-00140-RC-KFG** |
| | § | |
| **COUNTY OF SABINE, SABINE** | § | |
| **COUNTY SHERIFF'S DEPARTMENT,** | § | |
| **and CONSTABLE DAVID BOYD** | § | |

### ORDER GRANTING DEFENDANTS SABINE COUNTY AND SHERIFF THOMAS MADDOX'S MOTION FOR LEAVE TO LATE FILE BILL OF COSTS

Before the Court is Defendants Sabine County and Sheriff Thomas Maddox's ("County Defendants") Motion for Leave to File their Bill of Costs later than fourteen-days from the Court's entry of Final Judgment in this Lawsuit. Having considered the Motion, any Response from Plaintiff, and hearing any other arguments from Counsel, the Court finds that this Motion should be GRANTED; it is therefore,

ORDERED, ADJUDGED, AND DECREED, that the County Defendants' Bill of Costs, filed on August 13, 2021, was timely filed.

It is therefore further ORDERED, ADJUDGED, AND DECREED, that Plaintiff Melissa Tyson's Objection to County Defendants' Bill of Costs is denied.

The Court orders the Clerk to tax County Defendants' costs of suit against Plaintiff Melissa Tyson.

SIGNED this _____ day of _____, 2021.