**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **MELISSA TYSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 9:19-cv-00140-RC-KFG** |
| | § | |
| **COUNTY OF SABINE and SABINE** | § | |
| **COUNTY SHERIFF'S DEPARTMENT,** | § | |
| **CONTABLE DAVID BOYD,** | § | |
| | § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW, Plaintiff, MELISSA TYSON, in the above-referenced and numbered cause, and respectfully files this Stipulation of Dismissal Pursuant to Settlement, with Prejudice, and in accordance with Fed. R. Civ. P. 41(a)(l)(A)(ii).

Plaintiff and Defendants have agreed upon an amicable resolution as well as by and through their counsel of record. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice.

Respectfully submitted,

**THE BYRD LAW FIRM**

_____

JASON M. BYRD
State Bar No. 24036303
448 Orleans Street
Beaumont, TX  77701
(409) 924-0660 – Telephone
(409) 924-0035 – Facsimile
Jason@txbyrd.com
COUNSEL FOR PLAINTIFF

-AND-


MATTHEW R. MORIAN
**MORIAN & KAHLA, LLP**
State Bar No. 24114909
Morian & Kahla, LLP
270 E. Lamar Street
Jasper, TX. 75951
(409) 382-2271 / (409) 384-2265 FAX
mrm@mklawyers.com
COUNSEL FOR PLAINTIFF